United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNARD LAW, P.C., § § Plaintiff, § VS. § NATIONAL FIRE INSURANCE COMPANY § OF HARTFORD, § § Defendant. § | CIVIL ACTION NO. 4:20-CV-2534 |

**FINAL JUDGMENT**

For the reasons stated in Magistrate Judge Christina Bryan's Memorandum and Recommendation which was adopted by this Court by Order signed on June 29, 2021, this action is **DISMISSED** with prejudice.

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED on this the 29th day of June, 2021.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE